# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

M1 Holdings Inc.

                        Plaintiff,

v.                                                 Case No.: 1:22–cv–01162
                                                 Honorable Franklin U. Valderrama

Members 1st Federal Credit Union

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 25, 2022:

        MINUTE entry before the Honorable Franklin U. Valderrama: Attorney Patricia M. Flanagan's motion for leave to appear pro hac vice [17] is granted. Mailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.