IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| M1 HOLDINGS INC.,<br><br>   Plaintiff,<br><br>v.<br><br>MEMBERS 1ST<br>FEDERAL CREDIT UNION,<br><br>   Defendant. | Case No. 22 cv 01162<br><br>Judge: Hon. Franklin U. Valderrama<br><br>Magistrate Judge: Hon. Jeffrey Cole<br><br>Jury Trial Demanded |
| MEMBERS 1ST<br>FEDERAL CREDIT UNION,<br><br>   Counter-Claimant,<br><br>v.<br><br>M1 HOLDINGS INC. and<br>LINCOLN SAVINGS BANK,<br><br>   Counter-Defendants. | |

## JOINT STATUS REPORT

Plaintiff/Counter-Defendant M1 Holdings Inc. ("M1 Holdings"), Counter-Defendant Lincoln Savings Bank ("Lincoln Savings"), and Defendant/Counter-Claimant Members 1st Federal Credit Union ("Members 1st") submit this Status Report pursuant to the Court's Order dated January 6, 2023 (Dkt No. 40).

**Progress Of Discovery**

The Parties conducted a Rule 26(f) conference on January 26, 2023, and filed a corresponding Rule 26(f) report later that day (Dkt No. 41). The parties subsequently exchanged written discovery requests, and the parties are currently preparing their respective responses. Members 1st is also reviewing a proposed confidentiality order prepared by M1 Holdings. Discovery otherwise continues.

126498.1

Dated: February 20, 2023 　　　　　　　　　　　Respectfully Submitted,

| /s/  Peter G. Hawkins | /s/  Patricia M. Flanagan |
|---|---|
| Douglas A. Albritton<br>Stacy A. Baim<br>Peter G. Hawkins<br>Actuate Law, LLC<br>641 W. Lake Street, Fifth Floor<br>Chicago, IL 60661<br>(312) 579-3108<br>doug.albritton@actuatelaw.com<br>stacy.baim@actuatelaw.com<br>peter.hawkins@actuatelaw.com<br><br>*Counsel for Plaintiff/Counter-Defendant M1 Holdings Inc., and Counter-Defendant Lincoln Savings Bank* | Patricia M. Flanagan (*pro hac vice*)<br>Adam Wolek<br>Fox Rothschild LLP<br>777 South Flagler Drive<br>Suite 1700, West Tower<br>West Palm Beach, FL 33401<br>(312) 517-9299<br>pflanagan@foxrothschild.com<br>awolek@foxrothschild.com<br><br><br>*Counsel for Defendant/Counter-Plaintiff Members 1st Federal Credit Union* |

126498.1

## **CERTIFICATE OF SERVICE**

This is to certify that on February 20, 2023, a copy of the foregoing document has been filed through the Court's electronic filing system and thereby served on all counsel of record.

By: */s/ Peter G. Hawkins*

126498.1